FILED
CLERK, U.S. DISTRICT COURT
APR 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ENRIQUE VAZQUEZ-VERGARA <br><br> Defendant. | Case No.: 05-CR-899-GAF <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _CURRENT BACKGROUND INFORMATION, UNDOCUMENTED_

1    STATUS, AND USE OF ALIAS.

2

3

4    (and/or)

5 B.   (✓)   The defendant has not met his/her burden of establishing by

6    clear and convincing evidence that he/she is not likely to pose

7    a danger to the safety of any other person or the community if

8    released under 18 U.S.C. § 3142(b) or (c). This finding is based

9    on: CRIMINAL HISTORY, INCLUDING NARCOTICS VIOLATIONS

10    AND PROBATION REVOCATIONS.

11

12

13

14    IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated: 4/10/09

18

19                        /s/ Carla M. Woehrle

20                        UNITES STATES MAGISTRATE JUDGE

21                            CARLA M. WOEHRLE

22

23

24

25

26

27

28

2